IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **CLEON ABRAMS, SR., et al.,** \* \* \* <br> **Plaintiffs,** \* \* <br> v. \* \* <br> **CIBA SPECIALTY CHEMICALS** \* <br> **CORPORATION, et al.,** \* \* <br> **Defendants.** \* | **CASE NO. 08-68** |

## MOTION OF DEFENDANTS TO WITHDRAW MOTION TO STRIKE

COME NOW Defendants, and respectfully withdraw the motion to strike Marco Kaltofen as an expert witness in this matter (Doc numbers 147 and 150). Defendants reserve the right to renew said motion in the event new or additional materials prepared in support of his expert report and opinions contained therein are subsequently provided. By filing this motion, Defendants are not waiving their right to seek, exclude or limit the opinions and testimony of Marco Kaltofen, including on the basis of information, data, and reference materials provided to Defendants after the Plaintiffs' expert disclosure deadline as set by the Court.

Respectfully submitted,

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT, JR. (REDDF5142)
LISA BRADFORD HANSEN (HANSL6550)
Attorneys for Defendants
Vickers, Riis, Murray and Curran, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Telephone: (251) 432-9772

        Facsimile: (251) 432-9781

        WILLIAM B. GAUDET *(pro hac vice)*
        ANN R. KOPPEL *(pro hac vice)*
        Adams and Reese LLP
        4500 One Shell Square
        New Orleans, Louisiana 70139
        Telephone: (504) 585-0213
        Facsimile: (504) 566-0210

        **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on April 17, 2009:

  Dennis C. Reich, Esquire
  Michael T. Howell, Esquire
  Reich & Binstock
  4265 San Felipe, Suite 1000
  Houston, Texas 77027

  Fred D. Gray, Esquire
  Gray, Langford, Sapp, McGowan,
  Gray & Nathanson
  Post Office Box 830239
  108 Eastside Street
  Tuskegee, Alabama 36083

  Scott Denson, Esquire
  McCleave & Denson, LLC
  507 Church Street
  Mobile, Alabama 36602

        /s/ F. Grey Redditt, Jr.
        F. GREY REDDITT, JR. (REDDF5142)