IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLEON ABRAMS, SR.,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 08-0068-WS-B |
| | ) |
| **CIBA SPECIALTY CHEMICALS** | ) |
| **CORPORATION,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On this date, the undersigned's staff was notified by plaintiffs' counsel, Michael T. Howell, and defendants' counsel, F. Grey Redditt, Jr., that this action has been compromised and settled in its entirety. It is therefore **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within 60 (sixty) days after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

At present, the Clerk of Court is holding funds in the Registry of the Court pursuant to previous partial settlements and offers of judgment in this case and the *Fisher* action. (*See* doc. 377 & 03-566-WS-B at doc. 566.) Plaintiffs' counsel is **ordered**, within 60 days after the date of this Order, to file appropriate motions for disbursement in both this action and the *Fisher* matter, including payout instructions (name, address, principal amount) for each payee. Upon filing the motions, plaintiffs' counsel should contact chambers to provide the relevant tax ID number(s).

Aside from the disbursement issues described above, no other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his, her or its own costs, unless otherwise agreed by the parties.

**DONE** and **ORDERED** this 25th day of March, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE