**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CLEON ABRAMS, SR.,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )     **CIVIL ACTION 08-0068-WS-B** |
| | ) |
| **CIBA SPECIALTY CHEMICALS** | ) |
| **CORPORATION,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This matter is before the Court on Plaintiffs' Second Unopposed Motion to Extend Deadline to Finalize Settlement (doc. 404). On March 25, 2010, the Court entered an Order (doc. 396) dismissing this action on settlement, subject to the right of any party to reinstate the case to the active docket within 60 days if the settlement agreement or other documentation were not consummated in the interim. On May 25, 2010, the undersigned granted plaintiffs' first motion for extension of the reinstatement deadline, thereby authorizing the parties to move for reinstatement through and including June 24, 2010. (*See* doc. 401.)

Plaintiffs' counsel now timely request a second enlargement of the deadline for reinstating this action for a period of 7 additional days to accommodate their ongoing efforts to locate and contact eight plaintiffs concerning the settlement. For cause shown, and given defendants' non-opposition to the requested enlargement, the Second Motion to Extend Deadline is **granted**. The deadline for any party to file a motion seeking to reinstate this litigation is hereby **extended** through and including **July 1, 2010**. If no motion for reinstatement is filed on or before that date, the March 25 Order dismissing this action with prejudice will become final without further order from this Court.

DONE and ORDERED this 22nd day of June, 2010.

                 s/ WILLIAM H. STEELE
                 CHIEF UNITED STATES DISTRICT JUDGE